In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the Brooklyn-Battery Tunnel Plaza and to Permit Distribution of Tunnel Traffic, etc., in the Area Bounded by Battery Place and Other Streets, in the Borough of Manhattan. CHESEBROUGH BUILDING Co. et al., Appellants.

Submitted October 4, 1949; decided October 13, 1949.

*Charles Lamb* and *Walter L. Hopkins* for motion.

*John P. McGrath, Corporation Counsel* (*Harry E. O'Donnell, Reuben Levy* and *Bernard H. Friedman* of counsel), opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.